UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA, )
)
v. ) No. 1:21-cr-00109-CEA/CHS
)
JEFFREY ANTONIO WEBSTER )

**<u>MEMORANDUM AND ORDER</u>**

Defendant Jeffrey Antonio Webster appeared for a hearing on June 18, 2026, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order for Warrant for an Offender Under Supervision [Doc. 41] (the "Petition") in the above matter.

On June 1, 2026, Defendant appeared before Magistrate Judge Regina D. Cannon in the Northern District of Georgia for an initial appearance in accordance with Rule 5(c)(3) of the Federal Rules of Criminal Procedure. At that time, Defendant was appointed counsel, waived his right to an identity hearing, waived his right to a preliminary hearing, and requested a detention hearing [*See* Doc. 42 at Page ID # 279, 288]. Thereafter, a detention hearing was held and Judge Cannon ordered Defendant detained [*id.* at Page ID # 291–94].

At his initial appearance in this district on June 18, 2026, Defendant was placed under oath and informed of his constitutional rights. The Court determined that Defendant wished to be represented by an attorney and qualified for appointed counsel. The Court therefore appointed Attorney Damon Burk with Federal Defender Services of Eastern Tennessee to represent Defendant. The Court also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his conditions of supervised release as alleged in the Petition.

Accordingly, the Court **ORDERS** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge Atchley a proposed Agreed Order with respect to an appropriate disposition of the Petition.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petition, they shall request a hearing before U.S. District Judge Atchley.

(3) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER:

s/ _MIKE DUMITRU_____

MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE